# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNVOATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-1876-RWS-RSP |
| vs. | § § § | |
| FORD MOTOR COMPANY | § § | |
| Defendant. | § § | |
| _____ | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT FORD MOTOR COMPANY WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a) Rothschild Connected Devices Innovations, LLC ("RCDI") moves the Court to dismiss all claims by Rothschild Connected Devices against Ford Motor Company with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: November 2, 2016                    Respectfully submitted,

                                                          */s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on November 2, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                                          */s/ Jay Johnson*
                                                        Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 2, 2016.

                                                          */s/ Jay Johnson*
                                                        Jay Johnson