IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNVOATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1876-RWS-RSP |
| vs. | § § | |
| FORD MOTOR COMPANY | § § | |
| Defendant. | § § § | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Ford Motor Company. It is therefore ORDERED that all claims by Rothschild Connected Devices Innovations, LLC against Ford Motor Company hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 3rd day of November, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE